COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Aleta Chapman v. Thinh Quoc Pham

Appellate case number:    01-13-00066-CV

Trial court case number:    1006033

Trial court:                         County Civil Court at Law No. 3 of Harris County

This Court's February 23, 2017 Order had requested that the parties file objections to the Mediation Order or else a "Parties' Notification to Court of Mediator" within 10 days of that Order. That Order had also stayed this Court's February 7, 2017 Order requesting appellee's response to appellant's motion for a rehearing.

On March 1, 2017, the Harris County Dispute Resolution Center ("DRC") filed a "Supreme Court of Texas Appointments & Fees Report—Mediation" informing this Court that the "DRC [was] unable to locate pro se appellee and therefore could not schedule mediation." On March 8, 2017, Michele Barber Chimene, pro bono counsel for appellant, Aleta Chapman, filed a letter in this Court stating that she also was unable to contact the pro se appellee, Thinh Quoc Pham, who "appears to have moved," that appellee's "prior counsel did not have any further information for reaching him," and further requesting that this Court "continue to decide this case."

Accordingly, the Court construes appellant's letter to be a timely objection, **SUSTAINS** the objection, and withdraws the January 6, 2017 Mediation Order and the February 7, 2017 Order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.022(b), (c) (West Supp. 2016); TEX. R. APP. P. 2. Furthermore, because appellee's counsel is still listed as his attorney of record, the Court **ORDERS Christopher Minh-Y Pham** to file either a notice of non-representation that complies with Rule 6.4(a) or an extension of time to file appellee's response/brief **within 10 days of the date of this Order.**

It is so ORDERED.

Judge's signature: _/s/ Laura Carter Higley
                              ☒ Acting individually      ☐ Acting for the Court
Date: March 14, 2017